IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

WEST VIRGINIA HIGHLANDS
CONSERVANCY, OHIO VALLEY
ENVIRONMENTAL COALITION and
SIERRA CLUB,

        Plaintiffs,

        v.                      Civil Action No. 1:19cv149
                                 (Judge Kleeh)

DANA MINING COMPANY, LLC,

        Defendant.

## ORDER

On December 27, 2019, Defendant filed a *Response to Court Regarding Dismissal* [Dkt. No. 14] pursuant to the Court's Order of December 18, 2019.  For reasons appearing to the Court, the Court **ORDERS** counsel for Defendant to file any motion for litigation costs, including attorney's fees, by January 17, 2020.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this order to counsel of record.

**DATED:** December 30, 2019

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE